INHABITANTS OF PHILLIPS, PETITIONERS for CERTIORARI,

*vs.*

COUNTY COMMISSIONERS of FRANKLIN COUNTY.

Franklin.    Opinion June 1, 1891.

*Way.    Appeal.    Committee.    Certiorari.*

Where an appeal has been taken from the decision of county commissioners in laying out a highway, all objections to their jurisdiction or their otherwise invalid proceedings may be taken when the report of the committee is offered for acceptance.    If not then taken no writ of certiorari will be sustained to quash their proceedings.

ON EXCEPTIONS.

This was a proceeding on a writ of *certiorari,* granted on the petition of the inhabitants of Phillips wherein they asked the court to quash the records of the court of county commissioners, for Franklin county, of the location by the commissioners of a highway in said town on petition of Scott Hodgkins and others.

The petition for the writ was dated August 17, 1889, and alleged that the proceedings in laying out the road were not according to the statute, but were defective in several particulars. By an order dated August 21, 1889, the commissioners were directed to appear at the following September term of the Supreme Judicial Court, at Farmington, to show cause, if any, why the writ should not issue. After due notice, the commissioners appeared and objected to the issuing of the writ, and upon which the court after hearing ordered the writ to issue return-

able at the following term in March. At that term, upon due service of the writ, the commissioners certified the tenor of the record of their proceedings and their judgment thereon.

In their answer to the petition for the writ, the commissioners denied the allegations of error, defective proceedings, &c.

After full hearing, the presiding justice made the following order, decree and ruling : "Writ of *certiorari* quashed with costs. Disposition of writ to be certified to the County Commissioners." To this order, decree and ruling the petitioners excepted.

A brief resume of the history of this road is as follows :—

The first move in the matter of securing the establishment of a more convenient and an easier road between Phillips and Madrid was made in 1882, and the commissioners located this road ; the petitioners in this case then appealed, and a committee was agreed upon who confirmed the doings of the commissioners ; objections were filed to the acceptance of the report of the committee, which were overruled and exceptions allowed, which, after being argued, were overruled by this court ; next, a petition for discontinuance was presented, a hearing had by the commissioners, being partially, if not an entirely new board ; they refused to discontinue ; an appeal was taken and a committee agreed upon, who again confirmed the doings of the commissioners in refusing to discontinue the road ; objections were filed to the acceptance of the report of the committee, which were overruled, and exceptions were taken, and again were overruled, when, the present proceedings were begun.

*F. E. Timberlake*, for petitioners.

*P. A. Sawyer*, for respondents.

VIRGIN, J.   When an appeal has been taken from the decision of county commissioners in laying out a highway, all objections to their jurisdiction or their otherwise invalid proceedings may be taken when the report of the committee is offered for acceptance in the Supreme Judicial Court. *Small* v. *Pennell*, 31 Maine, 267 ; *Scarboro'* v. *Co. Com.* 41 Maine, 605 ; *Goodwin* v. *Co. Com.* 60 Maine, 328 ; *Hodgdon* v. *Co. Com.* 68 Maine,

226; *White* v. *Co. Com.* 70 Maine, 317, 325. And if not then taken no writ of *certiorari* will be sustained to quash their proceedings. *Monaghan* v. *Longfellow*, 82 Maine, 419.

*Exceptions overruled.*

PETERS, C. J., WALTON, LIBBEY, HASKELL and WHITEHOUSE, JJ., concurred.